Gregory J. Bevelock
DECOTIIS, FITZPATRICK & COLE, LLP
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666
(201) 928-1100

*Attorneys for Plaintiff*
*Albany Molecular Research, Inc.*

Liza M. Walsh
Christine I. Gannon
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068-1765
(973) 535-0500

*Attorneys for Plaintiffs Aventis*
*Pharmaceuticals, Inc., Merrell*
*Pharmaceuticals, Inc., Carderm Capital L.P.,*
*Aventis Inc., sanofi-aventis S.A., Aventissub II*
*Inc, and sanofi-aventis U.S. LLC*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC., MERRELL PHARMACEUTICALS INC., and CARDERM CAPITAL L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 02-1322 (GEB)<br><br>And Coordinated Actions:<br><br>No. 02-1322 (GEB) Dkt. Entry No. 291<br>No. 03-1179 (GEB) Dkt. Entry No. 246<br>No. 03-1180 (GEB) Dkt. Entry No. 217<br>No. 03-5108 (GEB) Dkt. Entry No. 150<br>No. 03-5829 (GEB) Dkt. Entry No. 149<br>No. 04-1075 (GEB) Dkt. Entry No. 171<br>No. 04-1076 (GEB) Dkt. Entry No. 179<br>No. 04-1077 (GEB) Dkt. Entry No. 221<br>No. 04-1078 (GEB) Dkt. Entry No. 261<br>No. 04-2305 (GEB) Dkt. Entry No. 244<br>No. 04-3194 (GEB) Dkt. Entry No. 136<br>No. 05-4255 (GEB) Dkt. Entry No. 110<br><br>No. 07-5054 (GEB) Dkt. Entry No. 93<br>No. 07-5180 (GEB) Dkt. Entry No. 94<br>No. 09-325 (GEB) Dkt. Entry No. 69<br>No. 09-4638 (GEB) Dkt. Entry No. 212<br>No. 09-5179 (GEB) Dkt. Entry No. 50<br>No. 10-1471 (GEB) Dkt. Entry No. 33 |

## ORDER

**THIS MATTER** having come before the Court by Connell Foley LLP, attorneys for

Plaintiff Aventis Pharmaceuticals, Inc., Merrell Pharmaceuticals, Inc., Carderm Capital L.P.,

2397866-02

Aventis Inc., sanofi-aventis S.A., Aventissub II Inc, and sanofi-aventis U.S. LLC ("Aventis"), and by DeCotiis, Fitzpatrick & Cole, LLP, attorneys for Plaintiff Albany Molecular Research, Inc. ("AMRI") (collectively "Plaintiffs"), for the entry of an Order filing documents under seal pursuant to L.Civ.P. 5.3(c), and the Court having previously entered a Stipulated Protective Order on September 8, 2003, an Order Amending the Stipulated Protective Order on March 5, 2004, in the related Coordinated Allegra® Litigation, which actions are coordinated under Civil Action No. 02-1322, and the Court having found that no less restrictive alternative to the relief sought is available, and no opposition having been filed, and for good cause shown;

IT IS on this ___8___ day of ___Sept___, 2010,

**ORDERED** that the Highly Confidential Certification of Christine I. Gannon contain proprietary, commercial, private and/or other confidential information as outlined in the Stipulated Protective Order entered by this Court on September 8, 2003, and shall be sealed pursuant to L.Civ.R. 5.3 (c).

_____
Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court

2397866-02